JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| SHERLENE A. TURNER, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, A Delaware Corporation,<br><br>　　　　　Defendant. | **Case No.: 2:18-cv-01323-AB-FFM**<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE** |

Based on the Parties' joint stipulation pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE and good cause appearing, the Court **GRANTS** the joint stipulation. Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of the Court shall terminate the case. **IT IS SO ORDERED**

Dated: June 12, 2019

United States District Judge

AA\200408212.1